UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON SANTIAGO : | |
| v. : | NO. 3:02CR00295 (EBB) |
| : | NO. 3:04CV1700(EBB) |
| UNITED STATES OF AMERICA : | |

ORDER TO SHOW CAUSE WHY A WRIT
OF HABEAS CORPUS SHOULD NOT ISSUE

The petitioner herein, Ramon Santiago, having filed a motion under 28 U.S.C. § 2255, it is hereby

ORDERED, that the respondent show cause on or before May 24, 2005, why said motion should not be granted, and it is further

ORDERED, that service by the United States Marshal of the Order to Show Cause, together with a copy of the motion on the United States Attorney for the District of Connecticut on or before May 10, 2005, be deemed sufficient service.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this 26th day of April, 2005.