UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICT

UNITED STATES OF AMERICA        :
                                        No. 3:02CR295(EBB)
            v.                  :       No. 3:04CV1700(EBB)

RAMON SANTIAGO                  :

                                :
_____

NOTICE OF APPEAL

    PLEASE TAKE NOTICE, that the Defendant, Ramon Santiago, hereby
appeals to the United States Court of Appeals for the Second Circuit,
from the judgment of the district court, pursuant to 28 U.S.C. §2255,
to vacate, set aside or correct his sentence, denying the motion,
entered on June 14, 2005, by ELLEN BREE BURNS, U.S. District Judge.

                        Respectfully submitted,

                        Ramon Santiago
                        RAMON SANTIAGO

                        Ramon Santiago
                        Reg. #14884-014
                        U.S.P. Lewisburg
                        P.O. Box 1000
6-29-2005               Lewisburg, PA 17837-1000