UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON SANTIAGO

   -against-

UNITED STATES OF AMERICA

FILED
2005 AUG 31  P 2: 53
U.S. DISTRICT COURT
NEW HAVEN, CT

CRIM. No. 3:02CR295(EBB)
CIVIL No. 3:04CV1700 (EBB)
DKT. No. 05-3984-DR

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    Now comes Ramon Santiago, the movant in the above captioned case, proceeding pro-se, request leave to proceed in forma pauperis in the United States Court of Appeals For The Second Circuit without prepayment of cost.

    Mr. Santiago is unskilled in the law and request a liberal construction of his pleadings. Haines v. Kerner, 404 U.S. 519 (1972). This Court retains the inherent power to apply the proper construction of governing law. Kamen v. Kemper Financial Serv., Inc., 500 U.S. 90 (1991).

    Mr. Santiago claims his sentence was imposed in violation of the Fifth and Sixth Amendments to the United States Constitution. Specifically, Mr. Santiago claims his right to Due Process of Law was violated because the district court judge found facts which are necessary to constitute the crime charged by a preponderance of the evidence standard, instead of the beyond a reasonable doubt standard.

    Additionally, Mr. Santiago claims his Sixth Amendment right to trial by jury was violated when the district court judge found him guilty of facts for which Mr. Santiago did not admit in his guilty plea. And, Mr. Santiago's Sixth Amendment right to counsel was denied

when counsel abandoned him on direct appeal.

    Mr. Santiago's Claims are substantive constitutional violations, and for the aforementioned reasons, he request this court grant leave to proceed in forma pauperis on appeal to the United States Court of Appeals For The Second Circuit.

    Mr. Santiago's declaration in support of this motion is attached hereto.

Respectfully submitted

*Ramon Santiago*

RAMON SANTIAGO
# 14884-014
U.S.P. LEWISBURG
P.O. BOX 1000
LEWISBURG, PA. 17837

DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS

I Ramon Santiago, pursuant to 28 U.S.C. § 1746, hereby declares under penalties of perjury that the following statements are true and accurate:

I Ramon Santiago have proceeded as an indigent in the aforementioned matter in the United States District Court for the District of Connecticut. I have been incarcerated since the date of my arrest. I have no funds to hire a lawyer.

Accordingly, I respectfully request this court grant leave for Ramon Santiago to proceed in forma pauperis on appeal to the United States Court of Appeals For The Second Circuit.

Signed on this 28 day, of the 8 month in the year of 2005.

Respectfully submitted

Ramon Santiago