MANDATE

D. Conn./New Haven
04 Civ. 1700
Burns, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 30th day of March two thousand six,

Present:
    Hon. Wilfred Feinberg,
    Hon. Jon O. Newman,
    Hon. Robert A. Katzmann,
        *Circuit Judges.*

Ramon Santiago,
        Petitioner-Appellant,

v.                                      05-3984-pr

United States of America,
        Respondent-Appellee.

Appellant, pro se, moves for a certificate of appealability and in forma pauperis status. Upon due consideration, it is ORDERED that the motions are denied and the appeal is dismissed. The appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

SAO-KF

_Issued as Mandate: JUN 2 1 2006