# MANDATE

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of October two thousand and three,

Present:

> Hon. Richard J. Cardamone,
> Hon. Roger J. Miner,
> Hon. Guido Calabresi,
> > *Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
OCT 7 2003
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

---

United States of America,

> Appellee,

v.                                                                     03-1121

Ramon Santiago,

> Defendant-Appellant.

---

Jason P. Gladstone, Esq., appellant's counsel, moves to withdraw, pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from representing the appellant in the above-captioned appeal. The Government moves for summary affirmance. Ramon Santiago, appellant, moves for replacement of counsel. Upon due consideration, it is ORDERED that counsel's motion to withdraw and the Government's motion for summary affirmance are granted because there are no non-frivolous issues for appeal. Appellant's *pro se* motion for replacement counsel is denied.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

---

A TRUE COPY
Catherine ___ ___ Wolfe, Clerk
SAO-ALM
by ___
DEPUTY CLERK

ISSUED AS MANDATE: JUL - 1 2008